## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ADAM SMITH,<br><br>                Plaintiff,<br><br>v.<br><br>MIKE HADDON et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:20-CV-270-DBB<br><br>District Judge David B. Barlow |

Plaintiff, Adam Smith, has not responded to the Court's October 7, 2020 order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit a signed form consenting to collection of his remaining filing fee out of his inmate account. (ECF Nos. 7, 10.) Plaintiff was last heard from on September 22, 2020--nearly three months ago--when he submitted grievance and medical records. (ECF No. 9.)

**IT IS ORDERED** that, because Plaintiff has neither followed the Court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

DATED this 10th day of December, 2020.

BY THE COURT:

_____
JUDGE DAVID B. BARLOW
United States District Court